LYON LEGAL, P.C.
DEVON M. LYON, ESQ. (State Bar No. 218293)
    Email: d.lyon@lyon-legal.com
MATTHEW B. PEREZ, ESQ. (State Bar No. 326350)
    Email: m.perez@lyon-legal.com
1154 E. Wardlow Rd.
Long Beach, CA 90807
(562) 216-7382 Telephone
(562) 216-7385 Facsimile

Attorneys for Plaintiff,
 **BRIANNE "BRIE" GALICINAO**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNE "BRIE" GALICINAO, an individual,<br><br>              Plaintiff,<br><br>        vs.<br><br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity; and DOES 1-10, inclusive.<br><br>              Defendants. | Case No.: 2:22-cv-08057-SVW-KS<br><br>*Assigned for all purposes to the Honorable Stephen V. Wilson*<br><br><br>**NOTICE OF SETTLEMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
2
3
4

     Come now the parties to this action and notify the Court that they have reached a settlement in this matter, which will resolve the case. The Parties will file a Stipulation to Dismiss the matter once the agreement has been completed, which is expected within the next 75 days.

5

6

7

                             LYON LEGAL, P.C.

8
Dated: May 19, 2023          By:    /s/Devon M. Lyon
                                    DEVON M. LYON, ESQ.

9
                                    MATTHEW B. PEREZ, ESQ.

10
                                    Attorneys for Plaintiff,
                                    **BRIANNE "BRIE" GALICINAO**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

**RE: GALICINAO vs. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (CASE NO. 2:22-cv-08057-SVW-KS)**

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is LYON LEGAL, P.C. 1154 E. Wardlow Rd., Long Beach, CA 90807.

On **May 19, 2023**, I served the foregoing document(s) described as:

- **NOTICE OF SETTLEMENT**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

**VIA ECF:**

☑ by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

**VIA U.S. MAIL:**

☐ by placing the above-listed document(s) in a sealed envelope with postage prepaid in the United States mail at Signal Hill, California to the address(es) listed below.

**VIA ELECTRONIC MAIL:**

☐ I personally delivered such documents via electronic mail to the email address(es) listed below.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **May 19, 2023**, at Long Beach, California.

/s/Devon M. Lyon
DEVON M. LYON

PROOF OF SERVICE

## CERTIFICATE OF SERVICE LIST

| | |
|---|---|
| Jonathan D. Miller, Esq.<br>jonathan@nshmlaw.com<br>Alison M. Bernal, Esq.<br>alison@nshmlaw.com<br>**NYE, STIRLING, HALE, MILLER &<br>SWEET, LLP**<br>33 West Mission Street, Suite 201<br>Santa Barbara, CA 93101<br>(805) 963-2345 – Telephone<br>(805) 284-9590 – Facsimile<br><br>Attorneys for Defendant,<br>**REGENTS OF THE UNIVERSITY OF<br>CALIFORNIA** | |