LYON LEGAL, P.C.
DEVON M. LYON, ESQ. (State Bar No. 218293)
 Email: d.lyon@lyon-legal.com
MATTHEW B. PEREZ, ESQ. (State Bar No. 326350)
 Email: m.perez@lyon-legal.com
1154 E. Wardlow Rd.
Long Beach, CA 90807
(562) 216-7382 Telephone
(562) 216-7385 Facsimile

Attorneys for Plaintiff,
 **BRIANNE "BRIE" GALICINAO**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNE "BRIE" GALICINAO, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity; and DOES 1-10, inclusive.<br><br>   Defendants. | Case No.: 2:22-cv-08057-SVW-KS<br><br>*Assigned for all purposes to the Honorable Stephen V. Wilson*<br><br>**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(ii)**<br><br>Date Action Filed: November 3, 2022<br>Department:     10A<br>Trial Date:     Vacated |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between all parties to this action, through their designated counsel, a Notice of Settlement (Dkt. 22) was filed by Plaintiff, Brianne "Brie" Galicinao ("Plaintiff") on May 19, 2023. Defendant, The Regents of the University of California ("Defendant") have completed all obligations pursuant to the Settlement Agreement. Therefore, full and complete satisfaction of the terms of settlement is hereby acknowledged.

Further, Plaintiff requests dismissal of all of Plaintiff's claims asserted in the Complaint with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own attorneys' fees and costs in the course of the litigation and settlement.  This dismissal is pursuant to a written settlement agreement.

**IT IS SO STIPULATED.**

Dated: August 30, 2023

                                          NYE, STIRLING, HALE, MILLER & SWEET, LLP

By:   /s/ Alison M. Bernal_____
        Jonathan D. Miller, Esq.
        Alison M. Bernal, Esq.
        Attorneys for Defendant, THE REGENTS OF UNIVERSITY OF CALIFORNIA

LYON LEGAL, P.C.

By:   /s/Matthew B. Perez[1]_____
        DEVON M. LYON, ESQ.
        MATTHEW B. PEREZ, ESQ.

        Attorneys for Plaintiff,
        BRIANNE "BRIE" GALICINAO

---

[1] Pursuant to L.R. Pursuant to L.R., 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's contents and have authorized this filing.

# CERTIFICATE OF SERVICE

**RE:** <u>**GALICINAO vs. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**</u> **(CASE NO. 2:22-cv-08057-SVW-KS)**

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is LYON LEGAL, P.C. 1154 E. Wardlow Rd., Long Beach, CA 90807.

On **August 30, 2023**, I served the foregoing document(s) described as:

- **STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

**VIA ECF:**

☒ by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

**VIA U.S. MAIL:**

☐ by placing the above-listed document(s) in a sealed envelope with postage prepaid in the United States mail at Long Beach, California to the address(es) listed below.

**VIA ELECTRONIC MAIL:**

☐ I personally delivered such documents via electronic mail to the email address(es) listed below.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **August 30, 2023**, at Long Beach, California.

/s/Devon M. Lyon
DEVON M. LYON

PROOF OF SERVICE

**CERTIFICATE OF SERVICE LIST**

| | |
|---|---|
| Jonathan D. Miller, Esq.<br>jonathan@nshmlaw.com<br>Alison M. Bernal, Esq.<br>alison@nshmlaw.com<br>**NYE, STIRLING, HALE, MILLER & SWEET, LLP**<br>33 West Mission Street, Suite 201<br>Santa Barbara, CA 93101<br>(805) 963-2345 – Telephone<br>(805) 284-9590 – Facsimile<br><br>Attorneys for Defendant,<br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA** | |